IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT, an individual, | ) ) ) |
| Plaintiff, | ) Case No.: 3:24-CV-309 ) |
| v. | ) ) |
| FERTITTA HOSPITALITY, LLC, a Texas Limited Liability Company, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE SCOTT, files this *Notice of Settlement* to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of obtaining their respective client's signatures. The Parties anticipate filing a *Joint Stipulation of Dismissal with Prejudice* within fourteen (14) days.

Dated: March 1, 2024

                                        Respectfully Submitted,

                                        By:   */s/ Brian T. Ku*
                                                Brian T. Ku
                                                Attorney-in-charge
                                                S.D. TX No. 3424380
                                                Ku & Mussman, P.A.
                                                18501 Pines Boulevard, Suite 209-A
                                                Pembroke Pines, FL 33029
                                                Tel: (305) 891-1322
                                                Fax: (954) 686-3976
                                                brian@kumussman.com

                                                and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system and served a copy via electronic mail to:

Stephen Hebert, Esq.
stephen.hebert@ldry.com

By:  */s/ Brian T. Ku*
       Brian T. Ku