**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

LAWRENCE SCOTT,        )
an individual,          )
                          )     Case No.:    3:24-CV-309
     Plaintiff,         )
v.                    )
                          )
FERTITTA HOSPITALITY, LLC,  )
a Texas Limited Liability Company,  )
                          )
     Defendant.       )
_____  )

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, Lawrence Scott, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby dismisses this action with prejudice, with each party to bear its respective fees

and costs.

Respectfully Submitted,

By:   */s/ Brian T. Ku*   .
                Brian T. Ku
                Attorney-in-charge
                S.D. TX No. 3424380
                Ku & Mussman, P.A.
                18501 Pines Boulevard, Suite 209-A
                Pembroke Pines, FL 33029
                Tel: (305) 891-1322
                Fax: (954) 686-3976
                Brian@kumussman.com

                and

                John K. Grubb
                Local Counsel
                State Bar No. 08553500
                John K. Grubb & Associates
                2520 Robinhood St., # 500
                Houston, Texas 77005

Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by Email to:

Stephen A. Hebert, Esq.
Stephen.hebert@ldry.com

By: ___*/s/ Brian T. Ku*_____.
        Brian T. Ku