United States District Court
Southern District of Texas
**ENTERED**
April 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:24-CV-00309 |
| FERTITTA HOSPITALITY, LLC, | § |
| Defendant. | § |

### ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed March 19, 2024 (DOC # 9), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Signed on April 3, 2024.

_____
Alfred H. Bennett
United States District Judge